ACCEPTED
03-14-00403-CR
6458990
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/12/2015 10:45:03 AM
JEFFREY D. KYLE
CLERK



# WES MAU

## Criminal District Attorney

Hays County Government Center
712 South Stagecoach, Suite 2057
San Marcos, Texas 78666
(512)393-7600 FAX (512)393-2246

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/12/2015 10:45:03 AM

JEFFREY D. KYLE
Clerk

August 12, 2015

Mr. Jeffrey Kyle, Clerk
Third Court of Appeals of Texas
P.O. Box 12547
Austin, Texas 78711

RE:     Robert Ritz vs. State
        03-14-00403-CR

Dear Mr. Kyle,

Please be advised that Mr. Brian Erskine will be appearing before the Court on September 23, 2015 at 9:00 a. m. to present oral argument in the above-mentioned case. Should you have any questions, please contact our office.

Best regards,

Wes Mau
Criminal District Attorney
712 S. Stagecoach Trail, Suite 2057
San Marcos, Texas 78666
Ph: (512) 393-7600 / Fax: (512) 393-2246
State Bar No.: 0074539
wes.mau@co.hays.tx.us
Attorney for the State

Cc:     Linda Icenhauer-Ramirez
        1103 Nueces
        Austin, Texas 78701
        ljir@aol.com